UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                              §
                                                    §
                                                    §
Edison Herrera                                      §        Case No. 12-33648
Maria Herrera                                       §
                                                    §
                                                    §
                        Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                       $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was         and the deadline for filing governmental claims was        . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $       .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $     as interim compensation and now requests a sum of $     , for a total compensation of $     [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $    , and now requests reimbursement for expenses of $    , for total expenses of $     [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joji Takada, Chapter 7 Trustee_____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-33648 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|

Case Name:      Edison Herrera

Maria Herrera

For Period Ending:   07/02/2013

Date Filed (f) or Converted (c):   08/24/2012 (f)

341(a) Meeting Date:   09/17/2012

Claims Bar Date:   02/20/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Single Family Home | 87,854.00 | 0.00 | | 0.00 | FA |
| 2.  Single Family Home | 104,730.00 | 0.00 | | 0.00 | FA |
| 3.  Single Family Home | 193,214.00 | 0.00 | | 0.00 | FA |
| 4.  Cash | 120.00 | 120.00 | | 0.00 | FA |
| 5.  Checking Account | 17.00 | 17.00 | | 0.00 | FA |
| 6.  Savings Account | 300.00 | 300.00 | | 0.00 | FA |
| 7.  Checking Account | 500.00 | 500.00 | | 0.00 | FA |
| 8.  Savings Account | 300.75 | 300.75 | | 0.00 | FA |
| 9.  Checking Account | 799.08 | 799.08 | | 0.00 | FA |
| 10.  Checking Account | 248.59 | 248.59 | | 0.00 | FA |
| 11.  Household Goods | 700.00 | 700.00 | | 0.00 | FA |
| 12.  Wearing Apparel | 600.00 | 600.00 | | 0.00 | FA |
| 13.  Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Interest in IRA ERISA Keough Pension Profit Sharing Plan | 7,526.06 | 7,526.06 | | 0.00 | FA |
| 16.  Interest in IRA ERISA Keough Pension Profit Sharing Plan | 53,619.95 | 53,619.95 | | 0.00 | FA |
| 17.  Vehicle | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 18.  Vehicle | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 19.  Rent (u) | 0.00 | 5,000.00 | | 5,450.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $463,529.43          $82,731.43          $5,450.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

013013--Collected post-petition rents; Tenants have since vacated properties.

Case 12-33648   Doc 42   Filed 08/22/13   Entered 08/22/13 20:05:18   Desc Main
Document   Page 4 of 12

Exhibit A

RE PROP #     1  --  Investment property at 306 N. Ben St., Plano, IL 60545

RE PROP #     2  --  Investment property at 715 E. church St., Plano, IL 60545

RE PROP #     3  --  Investment property at 715 E. church St., Plano, IL 60545

RE PROP #     5  --  Alliant Credit Union checking account.

RE PROP #     6  --  Alliant Credit Union checking account.

RE PROP #     7  --  Bank of America checking account.

RE PROP #     8  --  Bank of America savings account.

RE PROP #     9  --  Chase business checking account.

RE PROP #    10  --  Chase checking account.

RE PROP #    11  --  Household goods and furnishings.

RE PROP #    12  --  Wearing apparel.

RE PROP #    13  --  Allstate Term life insurance policy. No cash value.

RE PROP #    14  --  Allstate Term life insurance policy. No cash value.

RE PROP #    15  --  United Airlines Retirement Savings Account.

RE PROP #    16  --  United Airlines Retirement Savings Account.

RE PROP #    17  --  2005 Nissan Quest

RE PROP #    18  --  2010 Hyundai Accent

RE PROP #    19  --  Rents from
                      Investment property at 306 N. Ben St., Plano, IL 60545
                      Investment property at 715 E. church St., Plano, IL 60545

Initial Projected Date of Final Report (TFR): 11/19/2014          Current Projected Date of Final Report (TFR): 11/19/2014

Case 12-33648   Doc 42   Filed 08/22/13   Entered 08/22/13 20:05:18   Desc Main

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-33648 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: Edison Herrera | Bank Name: Congressional Bank | |
| Maria Herrera | Account Number/CD#: XXXXXX9124 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX9649 | Blanket Bond (per case limit): | |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/12 | 19 | Cashier's Check | Post Petition Rent Proceeds | 1122-000 | $1,200.00 | | $1,200.00 |
| 11/19/12 | 19 | D. Ibarra 306 North Ben Street Plano, Illinois 60545 | Post Petition Rent Proceeds | 1122-000 | $500.00 | | $1,700.00 |
| 11/19/12 | 19 | Richard Yarbrough 715 East Church Street Plano, Illinois 60545 | Post Petition Rent Proceeds | 1122-000 | $1,250.00 | | $2,950.00 |
| 12/04/12 | 19 | Richard Yarbrough 714 E Church Street Plano, Illinois 60545 | Post Petition Rent Proceeds | 1122-000 | $1,250.00 | | $4,200.00 |
| 01/05/13 | 19 | Richard Yarbrough 715 E Church St Plano, IL 60545 | Post Petition Rent Proceeds | 1122-000 | $1,250.00 | | $5,450.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8986 | Transfer of Funds | 9999-000 | | $5,450.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,450.00 | $5,450.00 |
| Less: Bank Transfers/CD's | $0.00 | $5,450.00 |
| Subtotal | $5,450.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,450.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $5,450.00 | $5,450.00 |

Case 12-33648   Doc 42   Filed 08/22/13   Entered 08/22/13 20:05:18   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 6 of 12

| | |
|---|---|
| Case No: 12-33648 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Edison Herrera | Bank Name: The Bank of New York Mellon |
| Maria Herrera | Account Number/CD#: XXXXXX8986 |
| | Checking |
| Taxpayer ID No: XX-XXX9649 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9124 | Transfer of Funds | 9999-000 | $5,450.00 | | $5,450.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1) (B), 503(b)(1), and 507 (a)(2) | 2600-000 | | $4.44 | $5,445.56 |
| 03/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $5.56 | $5,440.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1) (B), 503(b)(1), and 507 (a)(2) | 2600-000 | | $10.00 | $5,430.00 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1) (B), 503(b)(1), and 507 (a)(2) | 2600-000 | | $10.00 | $5,420.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,450.00 | $30.00 |
| Less: Bank Transfers/CD's | $5,450.00 | $0.00 |
| Subtotal | $0.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $30.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

| | | |
|---|---|---|
| Page Subtotals: | $5,450.00 | $30.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8986 - Checking | $0.00 | $30.00 | $5,420.00 |
| XXXXXX9124 - Checking Account | $5,450.00 | $0.00 | $0.00 |
| | $5,450.00 | $30.00 | $5,420.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,450.00 |
| Total Gross Receipts: | $5,450.00 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-33648

Date: July 3, 2013

Debtor Name: Edison Herrera

Claims Bar Date: 2/20/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,295.00 | $1,295.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $20.25 | $20.25 |
| 2 300 7100 | Usa American Infosource Lp As<br>Agent For Td Bank<br>American Infosource Lp As Agent<br>For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $1,135.04 | $1,135.04 |
| 3 300 7100 | Alliant Cu<br>11545 West Touhy Ave<br>Chicago, Il 60666 | Unsecured | | $0.00 | $4,201.25 | $4,201.25 |
| 4 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $5,022.32 | $5,022.32 |
| 5 300 7100 | Portfolio Investments Ii Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami, Fl 33131-1605 | Unsecured | | $0.00 | $1,356.43 | $1,356.43 |
| 6 300 7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $11,185.27 | $11,185.27 |
| 7 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Unsecured | | $0.00 | $5,729.46 | $5,729.46 |
| 8 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Unsecured | | $0.00 | $605.07 | $605.07 |

Printed: July 3, 2013

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-33648

Debtor Name: Edison Herrera

Claims Bar Date: 2/20/2013

Date: July 3, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | N. A. Fia Card Services Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured | | $0.00 | $4,904.55 | $4,904.55 |
| 10 350 7200 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $0.00 | $4,984.23 | $4,984.23 |
| 11 350 7200 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $0.00 | $5,346.91 | $5,346.91 |
| 12 350 7200 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $0.00 | $8,012.06 | $8,012.06 |
| | Case Totals | | | $0.00 | $53,797.84 | $53,797.84 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: July 3, 2013

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-33648
Case Name: Edison Herrera
                Maria Herrera
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Usa American Infosource Lp As Agent For Td Bank | $ | $ | $ |
| 3 | Alliant Cu | $ | $ | $ |
| 4 | DISCOVER BANK | $ | $ | $ |
| 5 | Portfolio Investments Ii Llc | $ | $ | $ |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 7 | N. A. Fia Card Services | $ | $ | $ |
| 8 | N. A. Fia Card Services | $ | $ | $ |
| 9 | N. A. Fia Card Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance            $_____

Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 11 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 12 | Ecast Settlement Corporation, Assignee | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE