**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-33648 |
| Edison Herrera | § | Chapter 7 |
| Maria Herrera | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date:     9/27/2013
Time:     9:15 A.M.
Location: Joliet City Hall
          Second Floor
          150 West Jefferson Street
          Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/22/2013            By: _/s/ Joji Takada_
                                          Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
  §
Edison Herrera §   Case No. 12-33648
Maria Herrera §
  §
  Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,450.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 5,420.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,295.00 | $ 0.00 | $ 1,295.00 |
| Trustee Expenses: Joji Takada | $ 20.25 | $ 0.00 | $ 20.25 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,315.25 |
| Remaining Balance | $ 4,104.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,139.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Usa American Infosource Lp As Agent For Td Bank | $ 1,135.04 | $ 0.00 | $ 136.47 |
| 3 | Alliant Cu | $ 4,201.25 | $ 0.00 | $ 505.14 |
| 4 | DISCOVER BANK | $ 5,022.32 | $ 0.00 | $ 603.86 |
| 5 | Portfolio Investments Ii Llc | $ 1,356.43 | $ 0.00 | $ 163.09 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 11,185.27 | $ 0.00 | $ 1,344.86 |
| 7 | N. A. Fia Card Services | $ 5,729.46 | $ 0.00 | $ 688.88 |
| 8 | N. A. Fia Card Services | $ 605.07 | $ 0.00 | $ 72.75 |
| 9 | N. A. Fia Card Services | $ 4,904.55 | $ 0.00 | $ 589.70 |

Total to be paid to timely general unsecured creditors    $     4,104.75

Remaining Balance    $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 18,343.20 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Ecast Settlement Corporation, Assignee | $ 4,984.23 | $ 0.00 | $ 0.00 |
| 11 | Ecast Settlement Corporation, Assignee | $ 5,346.91 | $ 0.00 | $ 0.00 |
| 12 | Ecast Settlement Corporation, Assignee | $ 8,012.06 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $      0.00

Remaining Balance      $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                      Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                    Case No. 12-33648-BWB
Edison Herrera                                                            Chapter 7
Maria Herrera
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: rgreen                 Page 1 of 3            Date Rcvd: Aug 23, 2013
                               Form ID: pdf006              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2013.
db/jdb       #+Edison Herrera,    Maria Herrera,    2031 Raintree Road,    Yorkville, IL 60560-8902
19357164      +Bank Of America,    55 Challenger Rd.,   Ridgefield Park, NJ 07660-2109
19357165      +Bank of America, N.a.,    55 Challenger Rd.,    Ridgefield Park, NJ 07660-2109
19357166      +Bk Of Amer,    55 Challenger Rd.,   Ridgefield Park, NJ 07660-2109
19357162      +C David Ward,    2756 Route 34,   Oswego, IL 60543-8301
19357167      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
19357168      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
19357169      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19357171      +DeWitt W. Shufelt,    307 E. Edgelawn,    Plano, IL 60545-1080
19357170      +Deanna Ibarra,    306 N. Ben St.,   Plano, IL 60545-1107
19762023       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
19357175      +H 5 Group LLC,    2031 Raintree Rd.,    Yorkville, IL 60560-8902
19357176     ++HYUNDAI MOTOR FINANCE COMPANY,    PO BOX 20809,    FOUNTAIN VALLEY CA 92728-0809
               (address filed with court: Hyundai Motor Finance,    10550 Talbert Ave,
                 Fountain Valley, CA 92708)
19357160      +Herrera Edison,    2031 Raintree Road,   Yorkville, IL 60560-8902
19357161      +Herrera Maria,    2031 Raintree Road,   Yorkville, IL 60560-8902
19453218      +Hyundai Motor Finance,    PO Box 20809,   Fountain Valley, CA 92728-0809
19632070      +JPMorgan Chase Bank National Association,    C/O,   Pierce & Associates,    1 N. Dearborn Ste 1300,
                 Chicago, IL 60602-4373
19357177     #+Richard Yarbrough,    715 Church St.,   Plano, IL 60545-1269
19357178       Target Nb,    C/o Target Credit Services,   Minneapolis, MN 55440-0673
20123019       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19357163      +E-mail/Text: bankruptcy@alliantcreditunion.com Aug 23 2013 20:11:56     Alliant Cu,
                 11545 West Touhy Ave,    Chicago, IL 60666-5000
19713623       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2013 20:14:58
                 American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK   73124-8866
20320080       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2013 20:15:32
                 American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK   73124-8866
19726690       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2013 20:21:22     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
19357172      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2013 20:21:22     Discover Fin Svcs Llc,
                 2500 Lake Cook Rd.,    Riverwoods, IL 60015-1838
19726847       E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2013 20:14:12     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19357173       E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2013 20:15:16     Gecrb/jcp,    Po Box 984100,
                 El Paso, TX   79998
19357174      +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2013 20:14:55     Gecrb/sams Club Dc,    Po Box 981400,
                 El Paso, TX 79998-1400
19752086      +E-mail/Text: resurgentbknotifications@resurgent.com Aug 23 2013 20:07:11
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
20354094       E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2013 20:12:45     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354095       E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2013 20:14:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20123020*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20123021*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: rgreen              Page 2 of 3           Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2013**            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 3 of 3            Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2013 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank National Association
           anelson@atty-pierce.com, northerndistrict@atty-pierce.com
          C David Ward    on behalf of Debtor Edison  Herrera cdward1945@yahoo.com, ladylaw1031@msn.com
          C David Ward    on behalf of Joint Debtor Maria  Herrera cdward1945@yahoo.com, ladylaw1031@msn.com
          Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Josephine J Miceli    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae),
           creditor c/o Seterus, Inc. Jo@johnsonblumberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni  Dillon    on behalf of Creditor    JPMorgan Chase Bank National Association
           tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                             TOTAL: 8
```