UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Edison Herrera § Case No. 12-33648
Maria Herrera §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____  By:/s/Joji Takada, Chapter 7 Trustee_____
                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hyundai Motor Finance |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Alliant Cu | | | | | |
| 4 | DISCOVER BANK | | | | | |
| 7 | N. A. Fia Card Services | | | | | |
| 8 | N. A. Fia Card Services | | | | | |
| 9 | N. A. Fia Card Services | | | | | |
| 5 | Portfolio Investments Ii Llc | | | | | |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 2 | Usa American Infosource Lp As Agent For Td Bank | | | | | |
| 10 | Ecast Settlement Corporation, Assignee | | | | | |
| 11 | Ecast Settlement Corporation, Assignee | | | | | |
| 12 | Ecast Settlement Corporation, Assignee | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-33648 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Edison Herrera | | | | Date Filed (f) or Converted (c): | 08/24/2012 (f) |
| | Maria Herrera | | | | 341(a) Meeting Date: | 09/17/2012 |
| For Period Ending: | 01/29/2014 | | | | Claims Bar Date: | 02/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 87,854.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Home | 104,730.00 | 0.00 | | 0.00 | FA |
| 3. Single Family Home | 193,214.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 120.00 | 120.00 | | 0.00 | FA |
| 5. Checking Account | 17.00 | 17.00 | | 0.00 | FA |
| 6. Savings Account | 300.00 | 300.00 | | 0.00 | FA |
| 7. Checking Account | 500.00 | 500.00 | | 0.00 | FA |
| 8. Savings Account | 300.75 | 300.75 | | 0.00 | FA |
| 9. Checking Account | 799.08 | 799.08 | | 0.00 | FA |
| 10. Checking Account | 248.59 | 248.59 | | 0.00 | FA |
| 11. Household Goods | 700.00 | 700.00 | | 0.00 | FA |
| 12. Wearing Apparel | 600.00 | 600.00 | | 0.00 | FA |
| 13. Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 14. Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 15. Interest in IRA ERISA Keough Pension Profit Sharing Plan | 7,526.06 | 7,526.06 | | 0.00 | FA |
| 16. Interest in IRA ERISA Keough Pension Profit Sharing Plan | 53,619.95 | 53,619.95 | | 0.00 | FA |
| 17. Vehicle | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 18. Vehicle | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 19. Rent (u) | 0.00 | 5,000.00 | | 5,450.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $463,529.43 | $82,731.43 | | $5,450.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collected post-petition rents; Tenants have since vacated properties; Preparing final report.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Investment property at 306 N. Ben St., Plano, IL 60545 |
| RE PROP # | 2 | -- | Investment property at 715 E. church St., Plano, IL 60545 |
| RE PROP # | 3 | -- | Investment property at 715 E. church St., Plano, IL 60545 |
| RE PROP # | 5 | -- | Alliant Credit Union checking account. |
| RE PROP # | 6 | -- | Alliant Credit Union checking account. |
| RE PROP # | 7 | -- | Bank of America checking account. |
| RE PROP # | 8 | -- | Bank of America savings account. |
| RE PROP # | 9 | -- | Chase business checking account. |
| RE PROP # | 10 | -- | Chase checking account. |
| RE PROP # | 11 | -- | Household goods and furnishings. |
| RE PROP # | 12 | -- | Wearing apparel. |
| RE PROP # | 13 | -- | Allstate Term life insurance policy. No cash value. |
| RE PROP # | 14 | -- | Allstate Term life insurance policy. No cash value. |
| RE PROP # | 15 | -- | United Airlines Retirement Savings Account. |
| RE PROP # | 16 | -- | United Airlines Retirement Savings Account. |
| RE PROP # | 17 | -- | 2005 Nissan Quest |
| RE PROP # | 18 | -- | 2010 Hyundai Accent |
| RE PROP # | 19 | -- | Rents from<br>Investment property at 306 N. Ben St., Plano, IL 60545<br>Investment property at 715 E. church St., Plano, IL 60545 |

Initial Projected Date of Final Report (TFR): 11/19/2014     Current Projected Date of Final Report (TFR): 11/19/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-33648  
Case Name: Edison Herrera  
Maria Herrera  

Taxpayer ID No: XX-XXX9649  
For Period Ending: 01/29/2014  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX9124  
Checking Account  

Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/12 | 19 | Cashier's Check | Post Petition Rent Proceeds | 1122-000 | $1,200.00 |  | $1,200.00 |
| 11/19/12 | 19 | D. Ibarra<br>306 North Ben Street<br>Plano, Illinois 60545 | Post Petition Rent Proceeds | 1122-000 | $500.00 |  | $1,700.00 |
| 11/19/12 | 19 | Richard Yarbrough<br>715 East Church Street<br>Plano, Illinois 60545 | Post Petition Rent Proceeds | 1122-000 | $1,250.00 |  | $2,950.00 |
| 12/04/12 | 19 | Richard Yarbrough<br>714 E Church Street<br>Plano, Illinois 60545 | Post Petition Rent Proceeds | 1122-000 | $1,250.00 |  | $4,200.00 |
| 01/05/13 | 19 | Richard Yarbrough<br>715 E Church St<br>Plano, IL 60545 | Post Petition Rent Proceeds | 1122-000 | $1,250.00 |  | $5,450.00 |
| 02/12/13 |  | Transfer to Acct # xxxxxx8986 | Transfer of Funds | 9999-000 |  | $5,450.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,450.00 | $5,450.00 |
| Less: Bank Transfers/CD's | $0.00 | $5,450.00 |
| Subtotal | $5,450.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,450.00 | $0.00 |

Page Subtotals:    $5,450.00    $5,450.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-33648 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Edison Herrera | Bank Name: The Bank of New York Mellon |
| Maria Herrera | Account Number/CD#: XXXXXX8986 |
| | Checking |
| Taxpayer ID No: XX-XXX9649 | Blanket Bond (per case limit): |
| For Period Ending: 01/29/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9124 | Transfer of Funds | 9999-000 | $5,450.00 | | $5,450.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.44 | $5,445.56 |
| 03/11/13 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $5.56 | $5,440.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,430.00 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,420.00 |
| 10/01/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,295.00 | $4,125.00 |
| 10/01/13 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $20.25 | $4,104.75 |
| 10/01/13 | 100003 | Usa American Infosource Lp As Agent For Td Bank<br>American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution per court order. | 7100-000 | | $136.47 | $3,968.28 |
| 10/01/13 | 100004 | Alliant Cu<br>11545 West Touhy Ave<br>Chicago, Il 60666 | Final distribution per court order. | 7100-000 | | $505.14 | $3,463.14 |
| 10/01/13 | 100005 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $603.86 | $2,859.28 |

Page Subtotals: $5,450.00   $2,590.72

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-33648 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Edison Herrera | Bank Name: The Bank of New York Mellon |
| Maria Herrera | Account Number/CD#: XXXXXX8986 |
| | Checking |
| Taxpayer ID No: XX-XXX9649 | Blanket Bond (per case limit): |
| For Period Ending: 01/29/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/13 | 100006 | Portfolio Investments Ii Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami, Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $163.09 | $2,696.19 |
| 10/01/13 | 100007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $1,344.86 | $1,351.33 |
| 10/01/13 | 100008 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $688.88 | $662.45 |
| 10/01/13 | 100009 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $72.75 | $589.70 |
| 10/01/13 | 100010 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $589.70 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,450.00 | $5,450.00 |
| Less: Bank Transfers/CD's | $5,450.00 | $0.00 |
| Subtotal | $0.00 | $5,450.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,450.00 |

Page Subtotals: $0.00  $2,859.28

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8986 - Checking | $0.00 | $5,450.00 | $0.00 |
| XXXXXX9124 - Checking Account | $5,450.00 | $0.00 | $0.00 |
|  | $5,450.00 | $5,450.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,450.00 |
| Total Gross Receipts: | $5,450.00 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*